FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EUGENE PERSHING RICHARDS<br>        Defendant. | Case No.: CR 03-174<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the history of supervised release and/or probation violations;_

1  _The nature of the current allegations; the lack of bail resources or_
2  _sureties; the limited background information; and apparent drug_
3  _abuse history_

4  and/or

5  B.  (✓)  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _the criminal history including felony convictions; apparent drug_
10  _abuse history; and the history of supervised release and/or_
11  _probation violations._

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: _April 4, 2008_

_[signature]_
UNITES STATES MAGISTRATE JUDGE

2