−0−

FILED
CLERK, U.S. DISTRICT COURT

APR 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>Eugene Persing Richards,<br>  Defendant. | 2:93-CR-00174-R<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ⎯☒⎯ the appearance of defendant as required; and/or
(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A.  ☒  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can refrain from substance abuse or criminal activity_

(B)  ☒  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_due to his substance abuse history, lack of bail resources, homelessness, he is a flight risk._

IT IS ORDERED that defendant be detained.

DATED: 4/22/09

_[signature]_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE