FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUGENE PERSHING RICHARDS,<br><br>    Defendant. | Case No.:<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.    (√) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absconding from supervision; failing to return to RRC_ _____

_____

_____

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/6/10

ALICIA G. ROSENBERG
United States Magistrate Judge